**ELLIS & BAKH, LLP**
Jonathan Bakhsheshian (SBN: 304282)
23901 Calabasas Rd., Suite 2092
Calabasas, CA 91302
Tel: (818) 736-0099
Fax: (818) 736-4940

Attorneys for Plaintiff, SAMANTHA XOCHILT VALENZUELA

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA XOCHILT VALENZUELA, an individual.<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, an entity; DANIEL DAVID FLORES, an individual; and DOES 1 through 50 inclusive<br><br><br>  Defendants. | Case No.:<br>Hon. Judge:<br>Dept.:<br><br>**PLAINTIFFS' COMPLAINT UNDER FEDERAL TORTS CLAIM ACT FOR PERSONAL INJURIES & DEMAND FOR JURY TRIAL** |

**PLAINTIFFS' COMPLAINT UNDER FEDERAL TORTS CLAIM ACT FOR PEROSNAL INJURIES & DEMAND FOR JURY TRIAL**

1

For a Complaint against Defendants, UNITED STATES of AMERICA, DANIEL DAVID FLORES, an individual; and Does 1 through 50, inclusive, (collectively, "Defendants"), Plaintiffs SAMANTHA XOCHILT VALENZUELA an individual; (collectively, "Plaintiffs"), allege as follows:

## JURISDICTION AND VENUE

1. This action arises under the Federal Tort Claims Act 28 U.S.C. §§ 1346(b), 2671-2680, as hereinafter more fully appears.

2. Pursuant to 39 C.F.R. §§ 912.1-912.14, Plaintiffs have filed a claim, the matter was adjudicated, and the time to respond has expired. To date, no denial to Plaintiffs claims have been served.

3. Pursuant to 28 U.S.C. § 2675(a), Plaintiffs presented a separate and individual administrative claim to the United States Postal Service. To date, United States Postal Service has failed to make a final disposition of this claim, and Plaintiffs deems such failure to be a denial of the claim.

4. Venue is proper in the Eastern District of California because the negligent acts giving rise to the Federal Tort Claim alleged herein occurred within the Eastern District of California. All the Plaintiffs, Defendant Daniel David Flores, medical providers, and witnesses reside within the Eastern District.

5. Venue is proper specifically in the Eastern Division of this District because the negligent acts giving rise to the Federal Tort Claim alleged herein occurred within the Eastern District of California & all the Plaintiffs, Defendant Daniel David Flores, medical providers, and witnesses reside within the Eastern District of California.

## GENERAL ALLEGATIONS

6. This is an action brought under the Federal Torts Claims Act for personal injuries arising out of an automobile collision which occurred on March 07, 2024, on Eastbound on Los Angeles Ave, in the city of Shafter, Kern County, California.

7. The true names or capacities of the Defendants, Does 1 through 50, whether individual, corporate, municipal, associate or otherwise, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said Defendants by such fictitious names. Plaintiffs will amend this Complaint to show their true names or capacities when the same have been ascertained.  Plaintiffs are informed and believes, and thereon alleges,

**PLAINTIFFS' COMPLAINT UNDER FEDERAL TORTS CLAIM ACT FOR PEROSNAL INJURIES & DEMAND FOR JURY TRIAL**
2

that each of the Doe Defendants is, in some manner, responsible for the events and happenings herein set forth and caused injury and damages to the Plaintiffs as herein alleged.

8. At all times herein alleged, Defendant UNITED STATES of AMERICAN is an unknown corporation and/or business entity, doing business in Los Angeles, California

13. At all times herein alleged, Defendant DANIEL DAVID FLORES, was a resident of Los Angeles, California, at the time of the allegations herewith.

14. At all times herein alleged, Plaintiff SAMANTHA XOCHILT VALENZUELA, was a resident of Los Angeles, California, at the time of the allegations herewith.

15. At the time and place of the collision hereinafter alleged, Plaintiffs are informed, believe and thereon allege, that Defendant DANIEL DAVID FLORES was acting within the scope of his employment for Defendant UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, and/or Does 1 through 50.

18. Plaintiffs allege on information and belief that in performing the acts and omissions alleged herein, each of the Defendants was the agent and employee of each of the other Defendants and was always acting within the course and scope of such agency and employment.

## **FACTUAL BACKGROUND**

19. On March 07, 2024, Plaintiff was operating a 2012 Ford Mustang on East Los Angeles Avenue, in the city of Shafter, Kern County, California.

20. On March 07, 2024, Defendant DANIEL DAVID FLORES and/or Does 1 through 50, were operating a vehicle under the course and scope of employment with Defendant United States of America and

United States Postal Service, eastbound on Los Angeles Avenue, in the city of Shafter, Kern County, California.

21. On March 07, 2024, Defendant DANIEL DAVID FLORES and/or Does 1 through 50, so negligently, carelessly, recklessly, and wantonly drove, managed, maintained, controlled, operated and entrusted their motor vehicle so as to legally cause Plaintiffs to be injured when Defendant DANIEL DAVID FLORES suddenly, unexpectedly and negligently operated their vehicle so as to legally cause a collision with Plaintiffs by making an illegal u-turn.

22. On March 07, 2024, Defendant DANIEL DAVID FLORES and/or Does 1 through 50, caused the collision in violation of <u>California Vehicle Code</u> § 22450(a) which states that, "[t]he driver of any vehicle approaching a stop sign at the entrance to, or within, an intersection shall stop at a limit line, if marked, otherwise before entering the crosswalk on the near side of the intersection," & in violation of <u>California Vehicle Code</u> § 22350, which states that, "[n]o person shall drive a vehicle upon a highway at a speed greater than is reasonable or prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the highway, and in no event at a speed which endangers the safety of persons or property," which constitutes Negligence Per Se.

23. Defendants, Defendants' employees and or agents, and each of them, negligently hired, trained, supervised, retained, employed, and/or managed their employees, agents and assigns so as to legally cause a collision with Plaintiffs. That as a direct and legal result of the negligence on the part of the Defendants and each of them, Plaintiffs were caused to sustain injuries and damages as herein alleged.

24. On March 07, 2024, at the time of the collision, Defendant DANIEL DAVID FLORES and/or Does 1 through 50, was in the course and scope of employment with Defendant United States of America, United States Postal Service, and/or Does 1 through 50.

25. If Defendant United States of America and United States Postal Service were a private entity or person, each Defendant would be liable to Plaintiffs in accordance with the laws of the State of California.

### FIRST CLAIM FOR RELIEF

(For Physical Injuries and Emotional Distress – Personal Injury/Negligence)

26. Plaintiffs incorporates by reference as though fully set forth herein the contents of paragraphs 1 through 25, inclusive.

27. Defendant DANIEL DAVID FLORES and/or Does 1 through 50, operated a vehicle negligently, without due care, and in violation of the laws of the State of California.

28. Defendant DANIEL DAVID FLORES and/or Does 1 through 50, negligent operation of a motor vehicle caused the collision described above, which caused severe and permanent injuries to Plaintiffs.

29. At all times mentioned herein, Defendants' incompetence and/or unfitness to drive was a substantial factor in causing harm to Plaintiffs.

30. The negligence of each Defendant was a substantial factor in causing harm to Plaintiffs.

31. Plaintiffs are informed and believe and thereon allege that Defendant United States of America, Defendant United States Postal Service, and/or Defendant 1 through 50 hired Defendant DANIEL DAVID FLORES.

32. Plaintiffs are informed and believe and thereon allege that Defendant DANIEL DAVID FLORES. became unfit and/or incompetent to perform the work for which Defendant DANIEL DAVID FLORES was hired to perform.

33. Plaintiffs are informed and believe and thereon allege that Defendant United States of America, Defendant United States Postal Service, and/or Defendant 1 through 50 knew and/or should have known that Defendant DANIEL DAVID FLORES was unfit and/or incompetent and that this unfitness and/or incompetence created a particular risk to others.

34. Plaintiffs are informed and believe and thereon allege that Defendant DANIEL DAVID FLORES unfitness and/or incompetence harmed Plaintiffs.

35. Plaintiffs are informed and believe and thereon allege that Defendant United States of America, Defendant United States Postal Service, and/or Defendant 1 through 50's negligent in hiring, supervising, and/or retaining DANIEL DAVID FLORES was a substantial factor in causing Plaintiffs' harm.

36. Plaintiffs were harmed by the collision.

37. The negligence of each of the Defendants was a substantial factor in causing the collision and the harm to Plaintiffs.

38. At all times mentioned herein, Defendants failed to comply with California Vehicle Code §§ 22450(a), 22350, and 21801(a).

39. Defendants' violation of California Vehicle Code §§ 22450(a), 22350, and 21801(a) was a substantial

factor in bringing about Plaintiffs' harm.

40. As a result of the negligence described above, Plaintiffs have suffered severe physical and emotional injuries. In addition to their physical injuries, Plaintiffs have suffered, and continues to suffer, severe emotional distress because of this collision.

41. As a result, Plaintiffs have incurred, and will continue to incur, the costs of medical treatment, and will continue to do so in the future, loss of income and earning capacity, past and future.

    a. To date, Plaintiff SAMANTHA XOCHILT VALENZUELA has sustained no less than $5,000,000.00 in damages as a result of Defendants negligence. These damages are ongoing, however, and continue to be incurred. Therefore, the amount stated above is merely Plaintiff's best estimate as to the quantum of damages as of the date of the filing of this Complaint.

## PRAYER FOR RELIEF

42. Plaintiffs pray for judgment against Defendants, and each of them, as follows:

    a. General, compensatory, special, and actual damages of $5,000,000.00 according to proof at trial;

    b. Past and future sums incurred for services to hospitals, physicians, surgeons, nurses and other professional services, ambulance service, x-rays and other medical supplies and services;

    c. Loss of income incurred and to be incurred according to proof at trial;

    d. For interest provided by law, including, but not limited to, California Civil Code § 3291;

    e. For attorneys fees provided by law; and

    f. For costs of suit and for such other and further relief as the Court deems proper.

43. Whereas, and in light of the above, Plaintiffs demand a judgment against Defendants in excess of $5,000,000.00.

## DEMAND FOR JURY TRIAL

44. Plaintiffs hereby demand a jury trial.

DATED: March 7, 2025 **ELLIS & BAKH, LLP**

By: _____
Jonathan Bakhsheshian
Attorney for Plaintiffs